```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WILLIAM L. WRIGHT, III,         )
                                )
          Plaintiff,            )
                                )
     v.                         )
                                )  Civil Action No. 06-865
STATE CORRECTIONAL INSTITUTION  )  Judge McVerry
AT GREENE, et al.,              )  Magistrate Judge Caiazza
                                )
          Defendants.           )
```

**MEMORANDUM ORDER**

    William L. Wright's ("Wright" or "the Plaintiff") Complaint filed pursuant to 42 U.S.C. §1983 was received by the Clerk of Court on June 29, 2006, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

    The Magistrate Judge's Report, filed on August 17, 2007, recommended that Defendants' Motion to Dismiss (Doc. 56) be granted in part and denied in part.  The parties were allowed ten days from the date of service to file objections, and the Magistrate Judge extended the objections period to September 17, 2007, after Wright sought an extension of time.  Wright then appealed that order seeking a further extension of time, and the Court denied the appeal (Doc. 64)  The Plaintiff has not filed objections to date.

After <u>de</u> <u>novo</u> review of the pleadings and documents in the case, together with the Report and Recommendation, the following ORDER is entered:

AND NOW, this 27th day of <u>September</u>, <u>2007</u>,

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss (Doc. 56) is GRANTED IN PART AND DENIED IN PART, as set forth more fully in the Magistrate Judge's Report and Recommendation. The Report and Recommendation of Magistrate Judge Caiazza, (Doc. 60), dated August 17, 2007, is adopted as the opinion of the court.

<u>s/Terrence F. McVerry</u><br>
Terrence F. McVerry<br>
U.S. District Court Judge

cc:
WILLIAM L. WRIGHT, III
DV-2181
S.C.I. at Greene
175 Progress Drive
Waynesburg, PA 15370-8089