# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WILLIAM L. WRIGHT, III,           )
                                  )
          Plaintiff,              )
                                  )
     v.                           )
                                  )  Civil Action No. 06-865
STATE CORRECTIONAL INSTITUTION    )  Judge McVerry
AT GREENE, *et al.*,              )  Magistrate Judge Bissoon
                                  )
          Defendants.             )

## MEMORANDUM ORDER

William L. Wright's ("Wright" or "Plaintiff") Complaint filed pursuant to 42 U.S.C. §1983 was received by the Clerk of Court on June 29, 2006, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report, filed on July 28, 2008, recommended that Plaintiff's Motion for Permanent Injunction and for Preliminary Injunction (Doc. 72) be denied. The parties were allowed ten days from the date of service to file objections. The case was reassigned to Magistrate Judge Cathy Bissoon on August 1, 2008. Wright filed objections on August 21, 2008.

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation and the objections thereto, the following ORDER is entered:

AND NOW, this 28th day of August, 2008,

IT IS HEREBY ORDERED that Plaintiff's Motion for Permanent Injunction and for Preliminary Injunction (Doc. 72) is DENIED. The Report and Recommendation of Magistrate Judge Caiazza, (Doc. 76), dated July 28, 2008, is adopted as the opinion of the court.

s/Terrence F. McVerry
Terrence F. McVerry
U.S. District Court Judge

cc:
WILLIAM L. WRIGHT, III
DV-2181
S.C.I. at Greene
175 Progress Drive
Waynesburg, PA 15370-8089